```
Clinton Thomas Gott
State Bar No. 9816
14 Hummingbird Circle
Henderson, NV 89014-2153
(702) 450-3322

Attorney Pro Se
```

RECEIVED & FILED

'09 SEP 22 AM 56

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:                                   )   CASE NO.: BK-S-09-20212-LRJ
                                         )   Chapter 7
                                         )
                                         )   MOTION TO SELL RESIDENCE AND
            Debtor                       )   REQUEST DELAY FOR 45 DAYS
                                         )   OF FORECLOSURE SALE
                                         )
                                         )   Hearing Date: September 30, 2009
                                         )   Hearing Time: 10:30 AM
_____  )

COMES NOW Debtor Pro Se and hereby requests an Order allowing sale of his residence commonly known as 14 Hummingbird Circle, Henderson, Nevada 89014. Attorney fees are not requested. This Motion is based upon the pleadings and papers in file herein and the Memorandum of Points and Authorities attached hereto.

*[signature: C Thomas Gott]*

Clinton Thomas Gott
State Bar No. 9816
14 Hummingbird Circle
Henderson, NV 89014-2153
(702) 450-3322

## MEMORANDUM OF POINTS AND AUTHORITIES

Debtor is in receipt of an offer to purchase his residence commony known as 14 Hummingbird Circle, Henderson, Nevada 89014. The offer is a proposal for short sale and is not sufficient to pay in full the creditor in first position, represented by Ocwen Loan Servicing, Inc. There is no debtor in second position and no other liens on the property. Debtor believes that the creditor in first position will approve shortly and will submit a payoff statement to title commensurate with the above offer.

Therefore, Debtor respectfullly subits that he has met the requiements of 11 U.S.C. §365 regarding the sale and requests that the Court allow the sale to proceed. Debtor does not request payment of attorney fees for work in preparing this Motion.

Debtor is aware that Ocwen Loan Servicing, Inc., representing the Creditor in first position, has requested that the Automatic Stay be lifted. Debtor does not oppose this but requests that the Court stay any foreclosure for an additional 45 days so that the pending sale might close.

## CONCLUSION

Based upon the foregoing, the Court should grant Debtor's requests.

Dated this 21st day of September, 2009.

*/s/ C. Thomas Gott*
Clinton Thomas Gott
State Bar No. 9816
14 Hummingbird Circle
Henderson, NV 89014-2153
(702) 450-3322

## CERTIFICATE OF FACSIMILE & MAILING

I hereby certify that I sent via facximile and first class mail copies of the foregoing MOTION TO SELL RESIDENCE AND REQUEST DELAY FOR 45 DAYS OF FORECLOSURE SALE to the following:

Cindy Lee Stock Esq.
915 East Bonneville Ave.
Las Vegas NV 89101

William Leonard, Ch. 7 TTE
5030 Paradise Road #B-216
Las Vegas, NV 89119

U.S. Bankruptcy Court
333 Las Vegas Blvd S # B001
Las Vegas, NV 89101-7086

Date: 08/21/09

Clinton Thomas Gott
State Bar No. 9816
14 Hummingbird Circle
Henderson, NV 89014-2153
(702) 450-3322