**Entered on Docket
October 21, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

ORD
Clinton Thomas Gott
14 Hummingbird Circle
Henderson, NV 89014-2153
Fax (866)314-4946
Telephone (702) 450-3322

Attorney Pro Se

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) CASE NO.: BK-S-09-20212- LBR |
| | ) Chapter 7 |
| DEBTOR | ) |
| | ) ORDER GRANTING DEBTOR'S |
| CLINTON THOMAS GOTT, Debtor | ) MOTION TO SELL RESIDENCE |
| | ) AND ENTENDING AUTOMATIC STAY |
| | ) FOR ADDITIONAL 60 DAYS |
| | ) |
| | ) Hearing Date: September 30, 2009 |
| | ) Hearing Time: 10:00 AM |
| _____ | ) Docket No. 24 |

    Debtor's Motion, filed September 22, 2009, came on for hearing on September 30, 2009. Appearing were Debtor Pro Se and an opposing attorney who identified himself as representing Taylor, Bean and Whittaker,

    For reasons stated in open court, pursuant to Rule 7052 of the Federal Rules of Bankruptcy Proedure,

    IT IS HEREBY ORDERED: DEBTOR'S MOTION TO SELL RESIDENCE IS GRANTED, AND AUTOMATIC STAY IS EXTENDED FOR AN ADDITIONAL 60 DAYS.

DATED:_____

_____
Linda B. Riegle
United States Bankruptcy Judge