**Entered on Docket
January 11, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In Re: | ) BK-S-09-20212-LBR |
| | ) Chapter 7 |
| CLINTON THOMAS GOTT, | ) |
| | ) DATE: N/A |
| Debtor. | ) TIME: N/A |
| | ) |

### ORDER SETTING ASIDE DISCHARGE

By order of the court, the discharge that was entered on September 25, 2009, is hereby set aside and the stay and discharge date are extended to March 10, 2010, per the court's ruling at the January 6, 2010 hearing.

Copies noticed through ECF to:

CINDY LEE STOCK
WILLIAM A LEONARD

Copies noticed through BNC to:

CLINTON THOMAS GOTT
14 HUMMINGBIRD CIRCLE
HENDERSON, NV 89014